**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00201-CV**
_____

**MICHAEL W. BORN AND PAMELA M. BORN, Appellants**

**V.**

**RSL CONTRACTORS, LTD AND ROBERT S. LYONS, Appellees**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-01-00491-CV**

_____

**MEMORANDUM OPINION**

Michael W. Born and Pamela M. Born, appellants, filed an unopposed motion to dismiss their appeal. *See* Tex. R. App. P. 42.1(a)(1). The Borns filed their motion to dismiss before the Court decided the appeal.

We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 7, 2022
Opinion Delivered December 8, 2022
Before Golemon, C.J., Kreger and Horton, JJ.